FILED

AUG 0 5 2019

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

Attachment 4 - Motion to Proceed in Forma Pauperis

AO 240 (Rev. 01/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
for the
__Western__ District of __Texas__

Dangelo M. Majors
_____
Plaintiff
v.
Westmount Cape Cod San Antonio LP
_____
Defendant

Civil Action No.

SA19CA0940 FB

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: _____.
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:




My take-home pay or wages are: $350 per *(specify pay period)* a week.

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

(a) Business, profession, or other self-employment    ☐ Yes    ☒ No
(b) Rent payments, interest, or dividends              ☐ Yes    ☒ No
(c) Pension, annuity, or life insurance payments       ☐ Yes    ☒ No
(d) Disability, or worker's compensation payments      ☐ Yes    ☒ No
(e) Gifts, or inheritances                              ☐ Yes    ☒ No
(f) Any other sources                                   ☐ Yes    ☒ No

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

Rev. Ed. October 26, 2017

33

AO 240   (Rev. 01/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4. Amount of money that I have in cash or in a checking or savings account: 50

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

DMM ~~[scratched out]~~ Bus fare - $30
Rent - $899            Food - 100
Child Support - $1,100  Diapers - 100

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

Annalyn Majors   Daughter — All Support ($500+ monthly)
Aubre Majors     Daughter
Brooklyn Majors  Daughter    > $1,100 monthly
Elijah Evans     Son
Isiah Evans      Son

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: 8/5/19                             [signature]
                                         *Applicant's signature*

34

Rev. Ed. October 26, 2017

_____D'angelo Moses_____
<span style="margin-left:2em;">Printed name</span>

35

Rev. Ed. October 26, 2017

**LAW OFFICE OF**
**TEXAS RIOGRANDE LEGAL AID, INC.**
San Antonio Office
1111 N. Main Ave.
San Antonio, TX 78212
Telephone (210) 212-3700 Toll Free (800) 369-0356
Fax (210) 229-9328

JUSTICE COURT, PCT. 3
BEXAR COUNTY, TEXAS

2019 JUL 29 PM 1: 47

RE: Cause No. 3/E /901730

To the Clerk of the Court:

Deangelo Majors applied for legal services from our office in this matter.

We completed his application for services and confirmed he was financially eligible for assistance from our program. However, TRLA is not at this time accepting this case for representation.

Sincerely,

TEXAS RIOGRANDE LEGAL AID, INC..

_____
Signature of TRLA employee

RICARA A. Rom
_____
Printed Name of TRLA employee

CTS File No. 82-76925